IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RAHEEM GREEN**  **PETITIONER**
**#64614-056**

v.　　　　　　　　　No. 2:25-cv-41-DPM

**CHAD GARRETT, Warden, FCI**
**Forrest City-Low**　　　　　　　　　**RESPONDENT**

## ORDER

1. The Court withdraws the reference.

2. Green hasn't paid the filing fee or filed a completed application to proceed *in forma pauperis;* and his time to do so has passed. *Doc. 2.* Green's petition will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

3. The Court directs the Clerk to update the name of the Respondent to Francene Helaire, Acting Warden, FCI Forrest City-Low.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2025