IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RAHEEM GREEN**  **PETITIONER**
**#64614-056**

v.                    No. 2:25-cv-41-DPM

**CHAD GARRETT, Warden, FCI**
**Forrest City-Low**                    **RESPONDENT**

## JUDGMENT

Green's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 April 2025